NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT


ERNEST S. MARSHALL,                    )
                                       )
            Appellant/Intervenor,      )
                                       )
v.                                     )     Case No. 2D16-2365
                                       )
THOM BROWN, JR., and JAMIE             )
MARIE BROWN,                           )
                                       )
            Appellees.                 )
   _____    )

Opinion filed November 16, 2016.

Appeal from the Circuit Court for Manatee
County; Edward Nicholas, Judge.

Ernest S. Marshall, Bradenton, for
Appellant/Intervenor.

Peter J. Mackey and Drew F. Chesanek of
Mackey Law Group, P.A., Bradenton, for
Appellees.


PER CURIAM.

            This appeal is dismissed as being from a nonfinal, nonappealable order.


VILLANTI, C.J., and MORRIS and BLACK, JJ., Concur.